11th
Court of Appeals

 Eastland,
Texas

            Opinion

 

Jerry Carl Eaton

Appellant

Vs.       No.
11-01-00290-CR B Appeal from Knox County

State of Texas

Appellee

 

The trial court has entered an order stating
that the whereabouts of the court reporter are unknown and that it is
impossible for the reporter=s record to be prepared. 
Pursuant to TEX.R.APP.P. 
34.6(f), the conviction is reversed and the cause is remanded to the
trial court for a new trial.

 

PER CURIAM

 

March 6, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.